Exhibit D



**United States Department of State**

*Washington, D.C.  20520*

February 19, 2019

Case No.:  F-2018-04736
Segment:  IPS-0002

Mr. David N. Bossie
Citizens United
1006 Pennsylvania Ave., S.E.
Washington, DC 20003

Dear Mr. Bossie:

In response to your request dated June 22, 2018, under the Freedom of Information Act (the "FOIA"), 5 U.S.C. §552, the Department has located two responsive documents. After reviewing these documents we have determined that both may be released in full. All released material is enclosed.

We will keep you advised as your case progresses. If you have any questions, your attorney may contact Trial Attorney Johnny Hillary Walker, III, at (202) 252-2575 or johnny.walker@usdoj.gov. Please refer to the case number, F-2018-04736, and civil action number, 1:18-cv-01862, in all communications about this case.

Sincerely,

Susan C. Weetman
Chief, Programs and Policies Division
Office of Information Programs and Services

Enclosures:  As stated

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06682578  Date: 02/19/2019

| | |
|---|---|
| **From:** | Kavalec, Kathleen A </O=SBUSTATE/OU=BUCHAREST AG/CN=RECIPIENTS/CN=KAVALECKA> |
| **Sent:** | Thursday, October 13, 2016 9:51 AM |
| **To:** | Winer, Jonathan <WinerJ@state.gov> |
| **Subject:** | Re: Thanks |

RELEASE IN FULL

Ok will do.

DECONTROLLED

Sent from my BlackBerry 10 smartphone.

**From:** Winer, Jonathan
**Sent:** Thursday, October 13, 2016 9:44 AM
**To:** Kavalec, Kathleen A
**Subject:** RE: Thanks

Sure – just let me know when you are back and free, we can try for 11:30 or soon thereafter, as I'm tied up mostly from noon through two.

~~SBU~~
This email is UNCLASSIFIED.

**From:** Kavalec, Kathleen A
**Sent:** Thursday, October 13, 2016 9:43 AM
**To:** Winer, Jonathan
**Subject:** RE: Thanks

I'm about to head out for an event but should be back in the office by 11:30 or so, then am free until 1:30.

~~SBU~~
This email is UNCLASSIFIED.

**From:** Winer, Jonathan
**Sent:** Thursday, October 13, 2016 9:42 AM
**To:** Kavalec, Kathleen A
**Subject:** RE: Thanks

OK, I now have the online piece I referenced with me. Let me know when you are free. - Jonathan

~~SBU~~
This email is UNCLASSIFIED.

**From:** Kavalec, Kathleen A
**Sent:** Wednesday, October 12, 2016 1:51 PM
**To:** Winer, Jonathan

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06682578  Date: 02/19/2019

**Subject:** RE: Thanks

Ok, sounds good.


~~SBU~~
This email is UNCLASSIFIED.

---

**From:** Winer, Jonathan
**Sent:** Wednesday, October 12, 2016 11:49 AM
**To:** Kavalec, Kathleen A
**Subject:** RE: Thanks

I will bring it by tomorrow, I got jammed this morning and as discussed, do not have access to it here.


~~SBU~~
This email is UNCLASSIFIED.

---

**From:** Kavalec, Kathleen A
**Sent:** Wednesday, October 12, 2016 11:46 AM
**To:** Winer, Jonathan
**Subject:** Thanks

Jonathan,

Thanks for bringing your friend by yesterday – it was very helpful.    I'll be interested to see the article you mentioned.

Best, Kathy



Kathy Kavalec
Deputy Assistant Secretary
Bureau of European Affairs
Department of State, Room 6226
Washington, D.C.
202-647-5146


~~SBU~~
This email is UNCLASSIFIED.

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06682579  Date: 02/19/2019

| | |
|---|---|
| **From:** | Kavalec, Kathleen A </O=SBUSTATE/OU=BUCHAREST AG/CN=RECIPIENTS/CN=KAVALECKA> |
| **Sent:** | Thursday, October 13, 2016 11:24 AM |
| **To:** | Winer, Jonathan <WinerJ@state.gov> |
| **Subject:** | Re: Thanks |

RELEASE IN FULL

---

DECONTROLLED

Just got back - shall I come down or do you want to come here?

Sent from my BlackBerry 10 smartphone.

**From:** Winer, Jonathan
**Sent:** Thursday, October 13, 2016 9:44 AM
**To:** Kavalec, Kathleen A
**Subject:** RE: Thanks

Sure – just let me know when you are back and free, we can try for 11:30 or soon thereafter, as I'm tied up mostly from noon through two.

~~SBU~~
This email is UNCLASSIFIED.

**From:** Kavalec, Kathleen A
**Sent:** Thursday, October 13, 2016 9:43 AM
**To:** Winer, Jonathan
**Subject:** RE: Thanks

I'm about to head out for an event but should be back in the office by 11:30 or so, then am free until 1:30.

~~SBU~~
This email is UNCLASSIFIED.

**From:** Winer, Jonathan
**Sent:** Thursday, October 13, 2016 9:42 AM
**To:** Kavalec, Kathleen A
**Subject:** RE: Thanks

OK, I now have the online piece I referenced with me. Let me know when you are free. - Jonathan

~~SBU~~
This email is UNCLASSIFIED.

**From:** Kavalec, Kathleen A
**Sent:** Wednesday, October 12, 2016 1:51 PM
**To:** Winer, Jonathan

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06682579  Date: 02/19/2019

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06682579  Date: 02/19/2019

**Subject:** RE: Thanks

Ok, sounds good.

~~SBU~~
This email is UNCLASSIFIED.

---

**From:** Winer, Jonathan
**Sent:** Wednesday, October 12, 2016 11:49 AM
**To:** Kavalec, Kathleen A
**Subject:** RE: Thanks

I will bring it by tomorrow, I got jammed this morning and as discussed, do not have access to it here.

~~SBU~~
This email is UNCLASSIFIED.

---

**From:** Kavalec, Kathleen A
**Sent:** Wednesday, October 12, 2016 11:46 AM
**To:** Winer, Jonathan
**Subject:** Thanks

Jonathan,

Thanks for bringing your friend by yesterday – it was very helpful.    I'll be interested to see the article you mentioned.

Best, Kathy


Kathy Kavalec
Deputy Assistant Secretary
Bureau of European Affairs
Department of State, Room 6226
Washington, D.C.
202-647-5146

~~SBU~~
This email is UNCLASSIFIED.

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06682579  Date: 02/19/2019



**United States Department of State**

*Washington, D.C.  20520*

April 30, 2019

Case No.:  F-2018-04736
Segment:  IPS-0002 & H-0001

Mr. David N. Bossie
Citizens United
1006 Pennsylvania Ave., S.E.
Washington, DC 20003

Dear Mr. Bossie:

I refer you to our letter dated February 19, 2019, regarding the review of certain Department of State material under the Freedom of Information Act (the "FOIA"), 5 U.S.C. § 552.  The review of potentially responsive records is ongoing and has resulted in the retrieval of five documents responsive to your request.  After reviewing these documents, we have determined that one may be released to you in full, three may be released in part, and one must be withheld in full.  All released material is enclosed.

Where documents are released to you in part, all non-exempt material that is reasonably segregable from the exempt material has been released.  Where we have made excisions, the applicable exemptions are marked on each document.  The document withheld in full was withheld at the request of the Federal Bureau of Investigation (FBI) under FOIA Exemptions 3 and 7(E), 5 U.S.C. §§ 552(b)(3) and (b)(7)(E).  For those records released in part, portions withheld under FOIA Exemption 3 were withheld at the request of the FBI pursuant to the National Security Act of 1947, §50 U.S.C. 3024(i)(1), unless otherwise noted.  An enclosure provides information on FOIA exemptions and other grounds for withholding material.

We will keep you advised as your case progresses.  If you have any questions, your attorney may contact Trial Attorney Johnny Hillary Walker, III, at (202) 252-2575 or johnny.walker@usdoj.gov.  Please refer to the case number, F-2018-04736, and civil action number, 1:18-cv-01862, in all communications about this case.

Sincerely,

Susan C. Weetman
Chief, Programs and Policies Division
Office of Information Programs and Services

Enclosures:  As stated

### The Freedom of Information Act (5 USC 552)

### FOIA Exemptions

(b)(1)  Information specifically authorized by an executive order to be kept secret in the interest of national defense or foreign policy.  Executive Order 13526 includes the following classification categories:

> 1.4(a)  Military plans, systems, or operations
> 1.4(b)  Foreign government information
> 1.4(c)  Intelligence activities, sources or methods, or cryptology
> 1.4(d)  Foreign relations or foreign activities of the US, including confidential sources
> 1.4(e)  Scientific, technological, or economic matters relating to national security, including defense against transnational terrorism
> 1.4(f)  U.S. Government  programs for safeguarding nuclear materials or facilities
> 1.4(g)  Vulnerabilities or capabilities of systems, installations, infrastructures, projects, plans, or protection services relating to US national security, including defense against transnational terrorism
> 1.4(h)  Weapons of mass destruction

(b)(2)  Related solely to the internal personnel rules and practices of an agency

(b)(3)  Specifically exempted from disclosure by statute (other than 5 USC 552), for example:

| | |
|---|---|
| ARMSEXP | Arms Export Control Act, 50a USC 2411(c) |
| CIA PERS/ORG | Central Intelligence Agency Act of 1949, 50 USC 403(g) |
| EXPORT CONTROL | Export Administration Act of 1979, 50 USC App. Sec. 2411(c) |
| FS ACT | Foreign Service Act of 1980, 22 USC 4004 |
| INA | Immigration and Nationality Act, 8 USC 1202(f), Sec. 222(f) |
| IRAN | Iran Claims Settlement Act, Public Law 99-99, Sec. 505 |

(b)(4)  Trade secrets and confidential commercial or financial information

(b)(5)  Interagency or intra-agency communications forming part of the deliberative process, attorney-client privilege, or attorney work product

(b)(6)  Personal privacy information

(b)(7)  Law enforcement information whose disclosure would:
> (A)  interfere with enforcement proceedings
> (B)  deprive a person of a fair trial
> (C)  constitute an unwarranted invasion of personal privacy
> (D)  disclose confidential sources
> (E)  disclose investigation techniques
> (F)  endanger life or physical safety of an individual

(b)(8)  Prepared by or for a government agency regulating or supervising financial institutions

(b)(9)  Geological and geophysical information and data, including maps, concerning wells

### Other Grounds for Withholding

NR  Material not responsive to a FOIA request excised with the agreement of the requester

UNCLASSIFIED U.S. Department of State Case No. F-2018-04736 Doc No. C06679729 Date: 04/30/2019

RELEASE IN PART B1, FOIA B3 NAT SEC ACT 1947,B7(D), FOIA B3 NATL SEC
AGENCY,B7(E), B3 NAT SEC ACT1947, 1.4(D),B7(C), 1.4(C), B6, B3

## Kavalec, Kathleen A

| From: | Kavalec, Kathleen A | 1.4(C) |
|---|---|---|
| Sent: | Thursday, February 02, 2017 5:24 PM | 1.4(D) |
| To: | 'Ohr, Bruce' | B1 |
| Subject: | FW: ⸺ ⸺SECRET//NOFORN⸺ | |

1.4(C)
1.4(D)
B1
B6
B7(C)

**From:** Germano, Maria L
**Sent:** Wednesday, February 01, 2 B7(D):09 PM
**To:** Kavalec, Kathleen A; Robinsor FOIA B3 NATL SEC AGENCY
**Cc:** Green, Eric F
**Subject:** RE: ⸺ ⸺SECRET//NOFORN⸺                    1.4(C)
                                                                  1.4(D)
• ⸺                                                              B1

**Official**
~~SECRET~~

Classified By: EUR - EUR, Office:EUR, Agency:U.S. Department of State
Declassify On: 2/1/2042
Reasons: Derived Per DSCG.

---

| From: | (FBI) [mailto | B3 |
|---|---|---|
| **Sent:** Friday, September 30, 2016 10:26 AM | | NATSECACT1947 |
| **To:** Kavalec, Kathleen A | | B6 |
| **Subject:** RE: ⸺ ⸺SECRET//NOFORN⸺ | 1.4(C) | B7(C) |
| | 1.4(D) | B7(E) |
| | B1 | |

Classification: ~~SECRET//NOFORN~~

Classified By: ⸺
Derived From: FBI NSIC dated 20130301          B3 NATSECACT1947
Declassify On: 20411231                          B6
==================================            B7(C)
TRANSITORY RECORD                                B7(E)          1.4(C)
                                                                  1.4(D)
                                                                  B1
Thank you Kathy                                                  B6
                                                                  B7(C)
                                                                  B7(E)
                                                                  FOIA B3
⸺                                                                NATSECACT1947
                                                   B6
⸺                                                  B7(C)

---

**From:** Kavalec, Kathleen A [mailto:KavalecKA@state.sgov.gov]
**Sent:** Thursday, September 29, 2016 7:18 PM          B3 NATSECACT1947
**To:** ⸺ (FBI)                                          B6
**Subject:** ⸺                                  1.4(C)  B7(C)
                                                1.4(D)  B7(E)
                                                B1

Kavalec, Kathleen A          NO DISCERNIBLE CLASSIFICATIC B1                          1

UNCLASSIFIED U.S. Department of State Case No. F-2018-04736 Doc No. C06679729 Date: 04/30/2019

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06679729  Date: 04/30/2019

**NO DISCERNIBLE CLASSIFICATION**

B7(C)
B6

**Sensitivity:**    Sensitive
**Classification:** ~~SECRET//NOFORN~~
**Classified By:** Kathleen Kavalec, DAS, EUR, State
**Derived From:** Derived from previous message in thread.
**Declassify On:** 2026/09/29

1.4(C)
1.4(D)
B1
B3
B7(E)

=========================================================

Classification: ~~SECRET//NOFORN~~

••••••••••••••••••••••••••••••••••••••••••••••••••••

This email and any files transmitted with it are confidential and

intended solely for the use of the individual or entity to whom they

are addressed. If you have received this email in error please notify

the system manager.

This footnote also confirms that this email message has been swept by

MIMEsweeper for the presence of computer viruses.

Kavalec, Kathleen A                    **NO DISCERNIBLE CLASSIFICATION**                    2

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06679729  Date: 04/30/2019

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06679729  Date: 04/30/2019

**NO DISCERNIBLE CLASSIFICATION**

www.mimesweeper.com

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Kavalec, Kathleen A                          **NO DISCERNIBLE CLASSIFICATION**                          3

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06679729  Date: 04/30/2019

C06679743  U.S. Department of State  Case No. F-2018-04736  Doc No. C06679743  Date: 04/30/2019

RELEASE IN PART B1,B3 NATSECACT1947,B7(E),B3 INA,1.4(C)

*Kathy Kavalec doc*

Notes from Meeting with Chris Steele and Tatyana Duran of Orbis Security, October 11, 2016

Background:  Orbis undertook the investigation into the Russia/Trump connection at the behest of an institution he declined to identify that had been hacked.  The institution approached them based on the recommendation of Glenn Simpson and Peter Fritch (specialists in economic crime, formerly of the WSJ) and is keen to see this information come to light prior to November 8.  Orbis undertook the investigation in June of 2016.

B3
NATSECACT1947
B7(E)

1.4(C)
B1
B3
NATSECACT1947
B7(E)

B3
NATSECACT1947
B7(E)

Classified by FBI on 04/25/2019 ~ Class: SECRET ~ Reason: 1.4(C) ~ Declassify on: 12/31/2041

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06679743  Date: 04/30/2019

C06679743  U.S. Department of State  Case No. F-2018-04736  Doc No. C06679743  Date: 04/30/2019

B3
NATSECACT1947
B3 INA
B7(E)

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06679743  Date: 04/30/2019

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06682573  Date: 04/30/2019

| | |
|---|---|
| **From:** | Kavalec, Kathleen A </O=SBUSTATE/OU=BUCHAREST AG/CN=RECIPIENTS/CN=KAVALECKA> |
| **Sent:** | Tuesday, November 1, 2016 3:19 PM |
| **To:** | Prieto-Danaher, Ana M <PrietoDanaherA@state.gov> |
| **Subject:** | Name of contact |

**RELEASE IN FULL**

Ana,

**DECONTROLLED**

The name of the person you asked me about is Chris Steele.


Kathy Kavalec
Deputy Assistant Secretary
Bureau of European Affairs
Department of State, Room 6226
Washington, D.C.
202-647-5146


~~SBU~~
This email is UNCLASSIFIED.

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06682573  Date: 04/30/2019

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06682574  Date: 04/30/2019

| | |
|---|---|
| **From:** | Kavalec, Kathleen A </O=CLASSSTATE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KAVALEC, KATHLEEN A17A> |
| **Sent:** | Thursday, October 13, 2016 3:53 PM |
| **To:** | |
| **Subject:** | |
| **Attach:** | |

B3 NATSECACT1947
B6
B7(C)
B7(E)

B6
B7(C)

You may already have this information, but wanted to pass it on just in case.

B3
NATSECACT1947
B7(E)

Best, Kathy

Sensitive
This email is UNCLASSIFIED.

RELEASE IN PART B3
NATSECACT1947,B7(E),B7(C),B6

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06682574  Date: 04/30/2019



**United States Department of State**

*Washington, D.C.  20520*

May 6, 2019

Case No.:  F-2018-04736
Segment:  IPS-0002 & H-0001

Mr. David N. Bossie
Citizens United
1006 Pennsylvania Ave., S.E.
Washington, DC 20003

Dear Mr. Bossie:

I refer you to our letter dated April 30, 2019, regarding the review of certain Department of State material under the Freedom of Information Act (the "FOIA"), 5 U.S.C. § 552.  The review of potentially responsive records has resulted in the retrieval of two documents responsive to your request.  After reviewing these documents, we have determined that one may be released to you in full and the other may be released in part.

For the document withheld in part, where excisions have been made, the applicable exemptions are marked.  All non-exempt material that is reasonably segregable from the exempt material has been released.  Note that some of the material in this document was withheld at the request of the Federal Bureau of Investigation (FBI).  An enclosure provides information on FOIA exemptions and other grounds for withholding material.

Additionally, upon further review, the FBI has determined that additional information may be released in one document previously produced on April 30, 2019.  All released material is enclosed.

This completes the processing of your request.  If you have any questions, your attorney may contact Trial Attorney Johnny Hillary Walker, III, at (202) 252-2575 or johnny.walker@usdoj.gov.  Please refer to the case number, F-2018-04736, and civil action number, 1:18-cv-01862, in all communications about this case.

Sincerely,

Susan C. Weetman
Chief, Programs and Policies Division
Office of Information Programs and Services

Enclosures:  As stated

## The Freedom of Information Act (5 USC 552)

### FOIA Exemptions

(b)(1)   Information specifically authorized by an executive order to be kept secret in the interest of national defense or foreign policy.  Executive Order 13526 includes the following classification categories:

1.4(a)  Military plans, systems, or operations
1.4(b)  Foreign government information
1.4(c)  Intelligence activities, sources or methods, or cryptology
1.4(d)  Foreign relations or foreign activities of the US, including confidential sources
1.4(e)  Scientific, technological, or economic matters relating to national security, including defense against transnational terrorism
1.4(f)  U.S. Government  programs for safeguarding nuclear materials or facilities
1.4(g)  Vulnerabilities or capabilities of systems, installations, infrastructures, projects, plans, or protection services relating to US national security, including defense against transnational terrorism
1.4(h)  Weapons of mass destruction

(b)(2)   Related solely to the internal personnel rules and practices of an agency

(b)(3)   Specifically exempted from disclosure by statute (other than 5 USC 552), for example:

| | |
|---|---|
| ARMSEXP | Arms Export Control Act, 50a USC 2411(c) |
| CIA PERS/ORG | Central Intelligence Agency Act of 1949, 50 USC 403(g) |
| EXPORT CONTROL | Export Administration Act of 1979, 50 USC App. Sec. 2411(c) |
| FS ACT | Foreign Service Act of 1980, 22 USC 4004 |
| INA | Immigration and Nationality Act, 8 USC 1202(f), Sec. 222(f) |
| IRAN | Iran Claims Settlement Act, Public Law 99-99, Sec. 505 |

(b)(4)   Trade secrets and confidential commercial or financial information

(b)(5)   Interagency or intra-agency communications forming part of the deliberative process, attorney-client privilege, or attorney work product

(b)(6)   Personal privacy information

(b)(7)   Law enforcement information whose disclosure would:
(A)  interfere with enforcement proceedings
(B)  deprive a person of a fair trial
(C)  constitute an unwarranted invasion of personal privacy
(D)  disclose confidential sources
(E)  disclose investigation techniques
(F)  endanger life or physical safety of an individual

(b)(8)   Prepared by or for a government agency regulating or supervising financial institutions

(b)(9)   Geological and geophysical information and data, including maps, concerning wells

### Other Grounds for Withholding

NR   Material not responsive to a FOIA request excised with the agreement of the requester

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06679743  Date: 05/06/2019

RELEASE IN PART B1,1.4(C),B3 INA,B3
NATSECACT1947,B7(E)

*Kathy Kavalec doc*

Notes from Meeting with Chris Steele and Tatyana Duran of Orbis Security, October 11, 2016

Background:  Orbis undertook the investigation into the Russia/Trump connection at the behest of an institution he declined to identify that had been hacked.  The institution approached them based on the recommendation of Glenn Simpson and Peter Fritch (specialists in economic crime, formerly of the WSJ) and is keen to see this information come to light prior to November 8.  Orbis undertook the investigation in June of 2016.

B3
NATSECACT1947
B7(E)

1.4(C)
B1
B3
NATSECACT1947
B7(E)

Steele indicated they are tracking these Russian lines of effort:

1. **Contacts between Trump -- via Manafort  -- and the Kremlin** that go back to about 2013, about the time he took Miss Universe to Moscow.   Steele stressed that while Trump was filmed engaged in compromising activities with prostitutes in the Ritz Carlton, the Russians have not needed to use that "kompromat" on him as he was already interested in cooperation. (Steele said he is persuaded the story about the prostitutes is accurate because they had their source speak with hotel contacts who confirmed 1) that the FSB was in the hotel while Trump was there and 2) Trump regularly availed himself of prostitutes while in Moscow.) Steele indicated that this operation is run **by the Kremlin – former Kremlin COS Sergey Ivanov, Dmitriy Peskov and President Putin -- and not the FSB.  Presidential Advisor Vladislov Surkov and Vyacheslov Trubnikov** (former head of Russian External Intelligence Service – SVR) are also involved.  **Manafort** has been the go-between with the campaign.  Ivanov persuaded Putin it was possible to use the hacked information and run an operation without being detected, while others argued against it.  Ivanov was demoted after the hacking became known and no there is "buyer's remorse."  _____

_____ there is panic in the Kremlin about the operation. There was speculation that Lavrov might be targeted as another fall person. Peter Aven of Alfa Bank has been the conduit for secret communications between the Kremlin and Manafort; messages are encrypted via TOR software and run between a hidden server

Classified by FBI on 04/25/2019 ~ Class: SECRET ~ Reason:
1.4(C) ~ Declassify on: 12/31/2041

B3 NATSECACT1947
B7(E)

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06679743  Date: 05/06/2019

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06679743  Date: 05/06/2019

managed by Alfa Bank (see separate paper on this channel).   Aven is reportedly vulnerable to pressure from Putin because he has declined to repatriate $4B in funds he took out of Russia.  (Steele said Aven's contacts with Putin go back to St. Petersburg, when Putin made $100M in the oil-for-food business while Aven was Minister of Foreign Trade.)  Manafort is vulnerable because he owes $100M to the Russians.  Carter Paige is involved, and he had two secret meetings with Rosneft Chairman Igor Sechin in Moscow earlier this year.   Steele says U.S. congressional contacts confirmed Paige was involved in the effort to have the Republican platform changed with respect to Ukraine/lethal weapons.   Steele noted that according to their source, while there will continue to be leaks of DNC material, "all the best stuff" has already been leaked and there will not be any bombshells coming.

2.  There is a technical/human operation run out of Moscow targeting the election.  There is a significant **Russian network in the U.S.** run by the Russian Embassy that draws on emigres to do hacking and recruiting.   This operation involved Russian Embassy officer **Mikhail Kalugin,** who was quickly pulled out of the U.S. this summer when the hacking scandal broke.  **Kalugin** was replaced with **Andrey Bondarev.**  Payments to those recruited are made out of the Russian Consulate in Miami.  (Comment: As of late September 2016, according to DHS electronic records, **Mikhail Kalugin** did not appear to be in the U.S.  His travel history indicates he arrived in the U.S. at Dulles airport on April 4, 2016 and departed at Dulles airport on August 18, 2016. ⬚                                             B3 INA

⬚                        **Andrey Bondarev** appeared to be in the country as of late September 2016. **Bondarev's** most recent I-94 indicates that he arrived on August 29, 2016 at Dulles airport.  It is important to note that there is no Russian Consulate in Miami.  End comment.)

3.  The Russians have succeeded in placing an agent inside the DNC.

4.  Steele also mentioned an émigré Amcit by the name of Serge Millian who may be involved in some day.  (According to the Financial Times (FT), Milian is head of the Russian-American Chamber of Commerce).   Steele noted Millian had left the U.S. and seemed to have disappeared.   (Comment: According to FT, Millian's organization said in 2009 it had "signed formal agreements with the Trump Organization" to service Russian real estate clients, but the Trump Organization denied any connections.  Per Steele, Millian is connected Simon Kukes (who took over management of Yukos when Khodorkovsky was arrested.)  N.B.  I've seen press reports that Kukes recently donated a large amount of money to the Trump campaign.

On a separate note, Orbis has information suggesting Lesin was killed accidentally.  Reportedly Lesin was trying to push Putin's mistress Kubayeva out of Gazprom Media, and someone was sent to warn him off.  They did not mean to kill him, but things got out of hand.

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06679743  Date: 05/06/2019

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06682580  Date: 05/06/2019

| | |
|---|---|
| **From:** | Kavalec, Kathleen A </O=SBUSTATE/OU=BUCHAREST AG/CN=RECIPIENTS/CN=KAVALECKA> |
| **Sent:** | Monday, November 21, 2016 1:03 PM |
| **To:** | 'Ohr, Bruce (ODAG)' <Bruce.G.Ohr@usdoj.gov> |
| **Subject:** | RE: Thanks and some links |

**RELEASE IN FULL**

Just re-looking at my notes from my convo with Chris Steele, I see that Chris said Kukes has some connection to Serge Millian, an émigré who is identified by FT as head of the Russian-American Chamber of Commerce.  According to what Chris said to me in early October, Millian has apparently "disappeared," i.e., left the U.S. and hasn't been seen recently.  I don't know anything about Millian, but he is referenced in the FT story:   https://ig.ft.com/sites/trumps-russian-connections/

**DECONTROLLED**

Official ~~SBU~~
**UNCLASSIFIED**

**From:** Ohr, Bruce (ODAG) [mailto:Bruce.G.Ohr@usdoj.gov]
**Sent:** Monday, November 21, 2016 12:35 PM
**To:** Kavalec, Kathleen A
**Subject:** RE: Thanks and some links

Kathy –

  Thank you for taking the time to meet with us.   I really hope we can get something going here.

  This is very interesting – I may have heard about him from Tom Firestone as well, but I can't recall for certain.   We will take another look at this.

  Thanks again, and I look forward to seeing everyone at the next meeting.

-    Bruce


**From:** Kavalec, Kathleen A [mailto:KavalecKA@state.gov]
**Sent:** Monday, November 21, 2016 12:17 PM
**To:** Ohr, Bruce (ODAG) <brohr@jmd.usdoj.gov>
**Subject:** Thanks and some links

Bruce,

Thanks so much for coming by.  It was very helpful to hear about the work the OCDE TF is doing, and we look forward to staying in touch.

Regarding the person I mentioned, Simon Kukes, below are a couple of links to the story I mentioned.     I met Simon Kukes around 2014.  Tom Firestone brought him in.  Kukes had left Russia because he said he was concerned he might be investigated – as I recall he said had gotten a summons to a court on some issue.   Per Tom, Kukes was trying to decide whether to relocate to the U.S.; he was supposedly worried about his safety.   I think maybe he was also looking at Israel.  Not sure where he ended up.   On this campaign donation story, I just wondered what, assuming this is true,  the original source of the funding might have been.   Best, Kathy

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06682580  Date: 05/06/2019

http://www.motherjones.com/politics/2016/09/major-russian-oil-magnate-just-gave-donald-trumps-campaign-major-cash

http://www.opensecrets.org/news/2016/09/russian-born-oil-magnate-gives-big-to-trump-victory/

Kathy Kavalec
Deputy Assistant Secretary
Bureau of European Affairs
Department of State, Room 6226
Washington, D.C.
202-647-5146

**Official** ~~SBU~~
**UNCLASSIFIED**

UNCLASSIFIED U.S. Department of State  Case No. F-2018-04736  Doc No. C06751858  Date: 05/06/2019

RELEASE IN PART B1, 1.4(C), B3 NAT SEC ACT
1947, B7(E)

Orbis ___                    J. Winer  10/11/16
          Chris Steele              M 16
          Russia - Ukraine
          source networks in R
Glenn Simpson — WST sources
          intermediary - Peter Fritsch
                    editor

     May - June - Trump - Putin

  Ritz - Carlton    Rybolovlev  Trump
                    Rybolovlev
                         sale
  sourcing complicated
  H + L in Kremlin, over reviewed,
  not sure where going, or
  how used

                              B3 NATSECACT1947
                              B7(E)

                         23 - 26 Sept
  - online - computer or  collusion
     Spectrum Health care — Trump
     DGT - alfa group —
                         saw As
                    at Spectrum
                    after inquired
                    of Alfa

Classified by FBI on 05/06/2019 ~ Class: SECRET ~
Reason: 1.4(c) ~ Declassify on: 12/31/2041

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06751858  Date: 05/06/2019

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06751858  Date: 05/06/2019

- info x ∆ opkg since last 5 years

- cited as example as pattern
  of behavior see –
  Serge Milliard claims to have
  signed contract w/ Trump
  claims to

  having used kompromat –
  agreed on info x ∆ w/o use
  of kompromat

∅ July –
  Tubular ⌐ sources
  2 Surkov
  very significant network in
  US + via émigrés, recruitment
  at DNC   pays using pension
            fund for soldiers
  human ∆ technical in
  US ∅ R
  ┌ go run by Kremlin, not
  FSB.
  Ivanov, Peskov, Putin
        ↑
  + RC dossier

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06751858  Date: 05/06/2019

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06751858  Date: 05/06/2019

Ivanov claimed cd use it,
~~the~~ others argued against it
,

Leaked all best stuff.)
will be more, no killer

June - reporting started.

NYT & WP have.

earlier - it was hacked by R
~~waiting #10~~
3 distinct channels
→ Alfa - Trump. Kremlin - comms

→ Milband - Kubes

- Carter Page - ~~secret~~ Aug R IX
platform - secret msg w/ Sechin
Igor Devyakin - ex ID to Ivanov ~~t-Ivanov~~
2 secret msgs - confirma
Manafort -

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06751858  Date: 05/06/2019

buyer's remorse   —   Spectrum
                                 Health
                               unwitting

emigre - network - hacking -
recruiting -

Manofort - key player - Page
— not family —

Serge Millian   born in
                    — China -
emigre - Amsix
         is he alone?

Tesin
→ Putin mistress Kabayeva
  Tesin saw chance to
  Knife her out of company

~~Allen~~
$4 B not invested or R    INR
      makes him vulnerable

@
→ Putin - oil for food  Even  minister
  100 m                        funds him
  has goods on Pu              at time

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06751858  Date: 05/06/2019

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06751858  Date: 05/06/2019

Trump - got

1.4(C)
B1
B3 NATSECACT1947

month w/B7(E)25
before replied

$100 m  owed to Rs by
Manaford.

Chris Steel

Tatyana Duran

link to- Glenn Simpson

Client -

Managing

- Client needs
- FBI
- Wash Po / NYT
- Source protection

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06751858  Date: 05/06/2019

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06751858  Date: 05/06/2019

plant in Russian email person
DNC → DNCs

William —
— out of Russia
— cyber criminals.

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06751858  Date: 05/06/2019

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06751858  Date: 05/06/2019



UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06751858  Date: 05/06/2019

Dinner
Chatham — FT
Belton
London meeting

- shut down operation
- Roger Stone — Podesta
- Wikileaks.

DC Sunday
Multi-lat JIC
get paper
no time limit
Pentagon non-concurres
→ 72-hour limit
SD said no
Pentagon going to Geneva

London outcomes paper.

List of folks going to Geneva
all except Iranians
sending people.

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06751858  Date: 05/06/2019

Jonathan
— Kaluzin left in Aug set
up real estate entities used
for massive # of purchases
by Russians
Set up espionage network
in FL — to buy a lot of
properties for POTUS businesses
through a R brokerage
financies
100's of real estate transactions

1990s                          Browder:
Set any price for a unit &
to hold it — no due diligence.
Set up by gvt officials.

Domestic espionage —
funding oligarch & getting
him out.

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06751858  Date: 05/06/2019

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06751858  Date: 05/06/2019

Kalugin w/d from DC
involved in
emigre pension system

Russia - Kalugin
worked in Embassy
Moubeue pol officer.
Per Lithuanian dip moves
to DC (was

Global Group 2000 LLC
Current registered agent
Mikheil Kalugin
@ Apeushura, FL

Florida Best Realty -
Marat Zitsman.
Located in Trump Towers.
Real estate records of sales.
12s of Russians

Reuters story today.
703 of 2044 are LLC
Zip code - 1200 R-born
residents -

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06751858  Date: 05/06/2019

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06751858  Date: 05/06/2019



Vadim Gashelin -
63 individuals.
$98 M in 7 tossers.

Validates work of CS.

Daily Beast -
BBC, Reuters, Global Witness
Zits' Bank - never heard
of Global group. (photo @ Trump)

Mikheil Kalugin - in US.

Guardian - story on
Rybolovley - flying
Cohen - Prague -

Flying -
late July/early Aug.
Aug 18

UNCLASSIFIED  U.S. Department of State  Case No. F-2018-04736  Doc No. C06751858  Date: 05/06/2019