UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>           *Plaintiff*,<br><br>     v.<br><br>UNITED STATES DEPARTMENT<br>OF STATE,<br><br>           *Defendant*. | Civil Action No. 18-1862 (RDM) |

## DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT

Defendant the United States Department of State respectfully renews its motion for summary judgment on the Freedom of Information Act claims by Plaintiff Citizens United. The Court denied in part the Department's prior motion for summary judgment, concluding that the agency had not provided enough information to justify its withholding in part of two documents under Exemptions 1, 3, and 7(E). The supplemental declarations submitted with this motion provide the information that the Court found lacking and show that the withholdings are proper. Defendant is therefore now entitled to summary judgment in full.

Dated: July 27, 2020

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Counsel for Defendant*