UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CITIZENS UNITED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF STATE )<br>)<br>Defendant. ) | Civil Action No. 18-1862 (RDM) |

## SUPPLEMENTAL DECLARATION OF SUSAN C. WEETMAN

Pursuant to 28 U.S.C. § 1746, I, Susan C. Weetman, declare and state as follows:

1. I serve as the Deputy Director of the Office of Information Programs and Services ("IPS") of the United States Department of State (the "Department" or "State"), a capacity in which I have served since August 4, 2019. Prior to serving in this capacity, I served as the Chief of the Programs and Policies Division of IPS since May 15, 2016, and, prior to that I was the Branch Chief for Litigation and Appeals within the Programs and Policies Division of IPS since March 10, 2013.

2. I make the following statements based upon my personal knowledge, which in turn is based upon information furnished to me in the course of my official duties. I am familiar with the efforts of Department personnel to process the subject request, and I am in charge of coordinating the agency's search and recovery efforts with respect to that request.

3. This supplemental declaration is submitted in support of the Department's Renewed Motion for Summary Judgment, and provides facts regarding the three records for

which the Court requested additional information in its May 19, 2020, Memorandum Opinion and Order.

4.  <u>Document 4 (Document 06679743)</u> consists of two pages of typed notes purporting to be derived from an October 11, 2016, meeting between Department personnel and two Orbis Business Intelligence Ltd. employees, Christopher Steele and Tatyana Duran.

5.  The Department withheld one sentence on the second page of the document because it consists of information regarding the issuance or refusal of a visa. Specifically, the withheld sentence describes the place of issuance, date of issuance, and current status of an individual's U.S. visa. As described in paragraphs 23-26 of IPS Director Eric Stein's July 10, 2019, declaration, information regarding the issuance or refusal of visas must be withheld from release under FOIA Exemption 3, 5 U.S.C. § 552(b)(3), pursuant to Section 222(f) of the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1202(f).

6.  The Department conducted a line-by-line review of the withheld information and determined that no additional meaningful, non-exempt information can be reasonably segregated and released.

7.  The Department withheld additional information in the document on behalf of the FBI under FOIA Exemption 3, 5 U.S.C. § 552(b)(3), pursuant to the National Security Act of 1947, 50 U.S.C. § 3024(i)(1), and FOIA Exemptions 1 and 7, 5 U.S.C. § 552(b)(1) and (b)(7)(E). Information redacted under FOIA Exemption 1 was classified SECRET by the FBI under E.O. 13526, sections 1.4(c) and (d). I refer the Court to the July 27 Declaration of Michael G. Seidel ("Second Seidel Decl."), ¶¶ 5-8 for further information concerning FBI's review of this document.

8. On July 21, 2020, the Department produced a version of Document 4 that released some additional information after the FBI determined the additional information could now be released. Due to an administrative error, the incorrect document number was printed at the top of the re-released document. For consistency, the Department produced the same version of Document 4, with the correct document number (C06679743), on July 22, 2020. I refer the Court to the Second Seidel Decl., ¶ 7(d) n.4 for further information concerning FBI's determination.

9. <u>Document 7 (Document C06682575)</u> was withheld in full on behalf of the FBI under FOIA Exemption 3, 5 U.S.C. § 552(b)(3), pursuant to the National Security Act of 1947, 50 U.S.C. § 3024(i)(1), and FOIA Exemption 7, 5 U.S.C. § 552(b)(7)(E). I refer the Court to the Second Seidel Decl., ¶¶ 9-14 for further information concerning FBI's review of this document.

10. <u>Document 9 (Document C06751858)</u> was withheld in part on behalf of the FBI under FOIA Exemption 3, 5 U.S.C. § 552(b)(3), pursuant to the National Security Act of 1947, 50 U.S.C. § 3024(i)(1), and FOIA Exemptions 1 and 7, 5 U.S.C. § 552(b)(1) and (b)(7)(E). Information redacted under FOIA Exemption 1 was classified SECRET by the FBI under E.O. 13526, sections 1.4(c) and (d). I refer the Court to the Second Seidel Decl., ¶¶ 5-8 for further information concerning FBI's review of this document.

\*\*\*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of July 2020, Washington, D.C.

*Susan C. Weetman*

Susan C. Weetman