UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br>   *Plaintiff*,<br>  v.<br>U.S. DEPARTMENT OF STATE,<br>   *Defendant*. | Civil Action No. 18-1862 (RDM) |

## DEFENDANT'S RESPONSE TO THE ORDER OF THE COURT

On July 23, 2021, the Court entered the following order:

> Defendant's memorandum of points states that after the Court's last opinion, "the Department of State was informed by the FBI that additional information could be released from Document 4. The Department of State therefore re-released Document 4 with additional information unredacted on July 21, 2020." Dkt. 24-1 at 5. This new version of Document 4 does not appear to have been submitted to the Court. Defendant is hereby ORDERED to file the re-released version of Document 4 on or before 5:00 p.m. on July 26, 2021.

Min. Order (July 23, 2021). In compliance with this order, Defendant respectfully submits herewith the re-released version of Document 4 with the cover letter to Plaintiff Citizens United. As the cover letter indicates, the document was initially re-released on July 21, 2020, and then re-released again on July 22, 2020, to correct an inaccurate document identifier on the original version. The latter version with the correct identifier is being provided to the Court.

\*  \*  \*

Dated: July 26, 2021
       Washington, D.C.

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:   /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Counsel for Defendant*