

United States Department of State

Washington, D.C. 20520

July 22, 2020

Case No.: F-2018-04736
Segment: H-0001

Mr. David N. Bossie
Citizens United
1006 Pennsylvania Ave., S.E.
Washington, DC 20003

Dear Mr. Bossie:

I refer you to our letter dated July 21, 2020, regarding the review of certain Department of State material under the Freedom of Information Act (the "FOIA"), 5 U.S.C. § 552.  A duplicate version of record C06679743 was inadvertently released to you in the production of July 21, 2020, with cadre number C06762743.  For consistency, enclosed please find the same version of the record with the intended cadre number C06679743.

An enclosure explains the FOIA exemptions and other grounds for withholding material.  Where we have made excisions, the applicable exemptions are marked on each document.  In some cases, two or more exemptions may apply to the same document.  All non-exempt responsive material that is reasonably segregable from the exempt material has been released, and is enclosed.

If you have any questions, your attorney may contact Trial Attorney Johnny Hillary Walker, III, at (202) 252-2575 or johnny.walker@usdoj.gov.  Please refer to the case number, F-2018-04736, and civil action number, 1:18-cv-01862, in all communications about this case.

Sincerely,

Susan C. Weetman
Deputy Director
Office of Information Programs and Services

Enclosures:  As stated

## The Freedom of Information Act (5 USC 552)

### FOIA Exemptions

(b)(1)  Information specifically authorized by an executive order to be kept secret in the interest of national defense or foreign policy.  Executive Order 13526 includes the following classification categories:

    1.4(a)  Military plans, systems, or operations
    1.4(b)  Foreign government information
    1.4(c)  Intelligence activities, sources or methods, or cryptology
    1.4(d)  Foreign relations or foreign activities of the US, including confidential sources
    1.4(e)  Scientific, technological, or economic matters relating to national security, including defense against transnational terrorism
    1.4(f)  U.S. Government programs for safeguarding nuclear materials or facilities
    1.4(g)  Vulnerabilities or capabilities of systems, installations, infrastructures, projects, plans, or protection services relating to US national security, including defense against transnational terrorism
    1.4(h)  Weapons of mass destruction

(b)(2)  Related solely to the internal personnel rules and practices of an agency

(b)(3)  Specifically exempted from disclosure by statute (other than 5 USC 552), for example:

| | |
|---|---|
| ARMSEXP | Arms Export Control Act, 50a USC 2411(c) |
| CIA PERS/ORG | Central Intelligence Agency Act of 1949, 50 USC 403(g) |
| EXPORT CONTROL | Export Administration Act of 1979, 50 USC App. Sec. 2411(c) |
| FS ACT | Foreign Service Act of 1980, 22 USC 4004 |
| INA | Immigration and Nationality Act, 8 USC 1202(f), Sec. 222(f) |
| IRAN | Iran Claims Settlement Act, Public Law 99-99, Sec. 505 |

(b)(4)  Trade secrets and confidential commercial or financial information

(b)(5)  Interagency or intra-agency communications forming part of the deliberative process, attorney-client privilege, or attorney work product

(b)(6)  Personal privacy information

(b)(7)  Law enforcement information whose disclosure would:
    (A) interfere with enforcement proceedings
    (B) deprive a person of a fair trial
    (C) constitute an unwarranted invasion of personal privacy
    (D) disclose confidential sources
    (E) disclose investigation techniques
    (F) endanger life or physical safety of an individual

(b)(8)  Prepared by or for a government agency regulating or supervising financial institutions

(b)(9)  Geological and geophysical information and data, including maps, concerning wells

### Other Grounds for Withholding

NR  Material not responsive to a FOIA request excised with the agreement of the requester

RELEASE IN PART B1, 1.4(C), B3 INA, B3 NATSECACT1947, B7(E)

*Kathy Kavalec doc*

Notes from Meeting with Chris Steele and Tatyana Duran of Orbis Security, October 11, 2016

Background: Orbis undertook the investigation into the Russia/Trump connection at the behest of an institution he declined to identify that had been hacked. The institution approached them based on the recommendation of Glenn Simpson and Peter Fritch (specialists in economic crime, formerly of the WSJ) and is keen to see this information come to light prior to November 8. Orbis undertook the investigation in June of 2016. [redacted B3 NATSECACT1947 B7(E)]

[redacted] He says he shared this same information with the A/Legat. He noted that he had offered it to the A/Legat [redacted], but at the time the A/Legat said he "didn't know what to do with it." Later on, the A/Legat said he was interested.

1.4(C)
B1
Steele indicated they are tracking these Russian lines of effort: B3 NATSECACT1947
B7(E)

1. **Contacts between Trump -- via Manafort -- and the Kremlin** that go back to about 2013, about the time he took Miss Universe to Moscow. Steele stressed that while Trump was filmed engaged in compromising activities with prostitutes in the Ritz Carlton, the Russians have not needed to use that "kompromat" on him as he was already interested in cooperation. (Steele said he is persuaded the story about the prostitutes is accurate because they had their source speak with hotel contacts who confirmed 1) that the FSB was in the hotel while Trump was there and 2) Trump regularly availed himself of prostitutes while in Moscow.) Steele indicated that this operation is run **by the Kremlin – former Kremlin COS Sergey Ivanov, Dmitriy Peskov and President Putin -- and not the FSB. Presidential Advisor Vladislov Surkov and Vyacheslov Trubnikov (former head of Russian External Intelligence Service – SVR) are** also involved. **Manafort** has been the go-between with the campaign. Ivanov persuaded Putin it was possible to use the hacked information and run an operation without being detected, while others argued against it. Ivanov was demoted after the hacking became known and no there is "buyer's remorse." [redacted] there is panic in the Kremlin about the operation. There was speculation that Lavrov might be targeted as another fall person. Peter Aven of Alfa Bank has been the conduit for secret communications between the Kremlin and Manafort; messages are encrypted via TOR software and run between a hidden server

Classified by FBI on 04/25/2019 ~ Class: SECRET ~ Reason: 1.4(C) ~ Declassify on: 12/31/2041

DECLASSIFIED BY FBI

B3 NATSECACT1947
B7(E)

    managed by Alfa Bank (see separate paper on this channel). Aven is reportedly vulnerable to pressure from Putin because he has declined to repatriate $4B in funds he took out of Russia. (Steele said Aven's contacts with Putin go back to St. Petersburg, when Putin made $100M in the oil-for-food business while Aven was Minister of Foreign Trade.) Manafort is vulnerable because he owes $100M to the Russians. Carter Paige is involved, and he had two secret meetings with Rosneft Chairman Igor Sechin in Moscow earlier this year. Steele says U.S. congressional contacts confirmed Paige was involved in the effort to have the Republican platform changed with respect to Ukraine/lethal weapons. Steele noted that according to their source, while there will continue to be leaks of DNC material, "all the best stuff" has already been leaked and there will not be any bombshells coming.

2. There is a technical/human operation run out of Moscow targeting the election. There is a significant **Russian network in the U.S.** run by the Russian Embassy that draws on emigres to do hacking and recruiting. This operation involved Russian Embassy officer **Mikhail Kalugin**, who was quickly pulled out of the U.S. this summer when the hacking scandal broke. **Kalugin** was replaced with **Andrey Bondarev**. Payments to those recruited are made out of the Russian Consulate in Miami. (Comment: As of late September 2016, according to DHS electronic records, **Mikhail Kalugin** did not appear to be in the U.S. His travel history indicates he arrived in the U.S. at Dulles airport on April 4, 2016 and departed at Dulles airport on August 18, 2016.     B3 INA

   **Andrey Bondarev** appeared to be in the country as of late September 2016. **Bondarev**'s most recent I-94 indicates that he arrived on August 29, 2016 at Dulles airport. It is important to note that there is no Russian Consulate in Miami. End comment.)

3. The Russians have succeeded in placing an agent inside the DNC.

4. Steele also mentioned an émigré Amcit by the name of Serge Millian who may be involved in some day. (According to the Financial Times (FT), Milian is head of the Russian-American Chamber of Commerce). Steele noted Millian had left the U.S. and seemed to have disappeared. (Comment: According to FT, Millian's organization said in 2009 it had "signed formal agreements with the Trump Organization" to service Russian real estate clients, but the Trump Organization denied any connections. Per Steele, Millian is connected Simon Kukes (who took over management of Yukos when Khodorkovsky was arrested.) N.B. I've seen press reports that Kukes recently donated a large amount of money to the Trump campaign.

On a separate note, Orbis has information suggesting Lesin was killed accidentally. Reportedly Lesin was trying to push Putin's mistress Kubayeva out of Gazprom Media, and someone was sent to warn him off. They did not mean to kill him, but things got out of hand.