**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CITIZENS UNITED,

    *Plaintiff*,

  v.            Civil Action No. 18-1862 (RDM)

UNITED STATES DEPARTMENT OF
STATE,

    *Defendant*.

## ORDER

  For the reasons explained in the Memorandum Opinion filed on July 29, 2021, Dkt. 28,

it is hereby **ORDERED** that Defendant's motion for summary judgment, Dkt. 24, is

**GRANTED**.

  This order constitutes the Court's final judgment for purposes of Federal Rule of Civil

Procedure 58.

  **SO ORDERED**.

           /s/ Randolph D. Moss
           RANDOLPH D. MOSS
           United States District Judge

Date:  July 29, 2021